**RCO LEGAL, P.S.**
Brett Ryan, Esq., #200563
2121 Alton Parkway, Suite 110
Irvine, CA 92606
702-854-9965/ Fax: 714.277.4899
Email bryan@rcolegal.com
RCO# 228925

Attorney for Creditor
Freedom Mortgage Corporation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br>George Washington Jr.<br><br>Debtor. | No. 16-41708<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Freedom Mortgage Corporation requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Brett Ryan
RCO Legal, P.S.
2121 Alton Parkway, Suite 110
Irvine, CA 92606
PH 702-854-9965
Email: bknotice@rcolegal.com

Dated: June 27, 2016                                           RCO Legal, P.S.
                                                               By:  /s/ Brett Ryan
                                                                    Attorneys for Creditor

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 2121 Alton Parkway, Suite 110, Irvine, CA 92606. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

George Washington Jr.
2312 Calhoun Court
Antioch, CA 94509

**ELECTRONIC SERVICE:**

Martha G. Bronitsky
13trustee@oak13.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Patrick L Forte
pat@patforte.com

Service was made on June 27, 2016 at Irvine, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: _____